CLARISSE FLAUJAC *v.* HER HUSBAND and another.

APPEAL from the District Court of St. Landry, *Campbell,* J.
*Swayzé* and *Taylor*, for the appellant.
*T. H.* and *W. B. Lewis*, for the defendants.

SIMON, J. This case presents the same question as just now decided, between Estelle Garrigues Vanhille, and Her Husband and others, and it must have the same result.

*Judgment affirmed.*